UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA,<br><br>          Plaintiff,<br><br>     v.<br><br>MULE CREEK STATE PRISON,<br><br>          Defendant. | No.  2:13-cv-2655 DAD KJM P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a document entitled "Petition for Review Motion to Renew Grounds for a Full Review on Complaint." ECF No. 1.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  The magistrate judge characterized it as a petition for a writ of habeas corpus and then on February 12, 2014, recommended the petition be denied because it did not challenge the legality of petitioner's conviction, a parole hearing or other proceeding leading to petitioner's incarceration. ECF No. 6.  The magistrate judge advised petitioner he could file a civil rights action, but warned that any such action must state a claim grounded in federal law.  *Id*. at 2, n.1.

Plaintiff objects to the characterization of this action as one in habeas. ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the

/////

1

1 court declines to adopt the findings and recommendations, finding rather that plaintiff's claims
2 appear to be civil rights claims.  Nevertheless the court concludes the case must be dismissed.
3     In his initial pleading, plaintiff asks this court to review a decision by the
4 California Court of Appeal for the Third Appellate District, in which that court affirmed a trial
5 court order granting summary judgment for defendants in plaintiff's suit for negligence on the
6 ground that plaintiff had not timely submitted a government claim.  Plaintiff also faults the
7 Amador County Superior Court for not responding to his request to file a late claim.  As a general
8 rule, "federal district courts lack jurisdiction to review the final determinations of a state court in
9 judicial proceedings."  *Doe & Assocs. Law Office v. Napolitano*, 252 F.3d 1026, 1029 (9th Cir.
10 2001) (*citing Branson v. Nott*, 62 F.3d 287, 291 (9th Cir. 1995); *D.C. Ct. of App. v. Feldman*, 460
11 U.S. 462, 476 (1983)).
12     Accordingly, IT IS HEREBY ORDERED that:
13     1. The court declines to adopt the findings and recommendations filed February
14 12, 2014; but
15     2. The action is dismissed and the case is closed.
16 DATED:  June 16, 2014.

_____
UNITED STATES DISTRICT JUDGE